COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-15-00920-CV |
| Style: | Zuhair Hillail v. Bushi Ban International LLC and Syed Ahmed |
| Date motion filed*: | January 13, 2016 |
| Type of motion: | Motion for Extension to File Clerk's and Reporter's Records |
| Party filing motion: | Appellant Zuhair Hillail |
| Document to be filed: | Evidence of Payment for the Clerk's Record |

Is appeal accelerated?          No.

If motion to extend time:

| | |
|---|---|
| Original due date: | November 30, 2015 |
| Number of extensions granted: | 0          Current Due Date: November 30, 2015 |
| Date Requested: | N/A (30-day extension) |

Ordered that motion is:

☑ Granted in part; if document is to be filed, document due: N/A

☑ Denied in part

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: _____

Appellant's motion for a 30-day extension of time to file the clerk's and reporter's records is **denied in part** because the trial clerk and reporter are responsible for filing them, provided appellant has requested and paid for them. *See* TEX. R. APP. P. 35.3(a)(2), (b)(3). On January 15, 2016, appellant filed a supplement in this Court claiming that he sent payment for the clerk's record fee. On January 20, 2016, the clerk's record was filed in this Court and the Clerk of this Court granted the reporter's extension to file the reporter's record until February 16, 2016. Accordingly, to the extent that appellant intended to request an extension to pay for the clerk's and reporter's record fees, his motion is **granted in part**, nunc pro tunc.

Judge's signature: /s/ Evelyn V. Keyes

☒ Acting individually          ☐ Acting for the Court

Date: February 2, 2016

November 7, 2008 Revision